# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

146002

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SALEM SPRINGS, L.L.C.,
            Plaintiff-Appellant,

v

SALEM TOWNSHIP and WASHTENAW
COUNTY CLERK,
            Defendants-Appellees,
and

NORMAN E. KLEIN, SR., NORMAN E.
KLEIN, JR., and CONCERNED CITIZENS
OF SALEM,
            Intervening Defendants.

SC: 146002
COA: 312497
Washtenaw CC: 12-000928-AW

_____/

On October 31, 2012, the Court heard oral argument on the application for leave to appeal the October 8, 2012 order of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012

_____
Clerk

t1031